# **EXHIBIT E**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

| | |
|---|---|
| Timothy B. Glasper | 23CV037485 |
| Plaintiff | |
| -vs- | |
| City of Oakland | |
| Defendant | |

**AFFIDAVIT**

I, Timothy B. Glasper, of Oakley, in Alameda, California, MAKE OATH AND SAY THAT:

1. Affidavit of Prior Service

    This matter was previously personally served and delivered to City of Oakland, Human Resources Manager, Andrew Lathrop on July 7, 2023, at Skelly hearing of Timothy Glasper, and witnessed by Dwight Mcelroy, Gabe Macias, Hugo Velaquez's and Timothy Glasper and currently scheduled for court in November.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF ~~ALAMEDA~~ Contra Costa
ss.

Subscribed and sworn to (or affirmed) before me on this _10_ day of _August_, _2023_, by Timothy B. Glasper, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
_01-28-2027_

(Signature)

Timothy B. Glasper

ELBA TAMAYO DE VICTORIO
COMM. 2436241
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires Jan. 28, 2027

©2002-2023 LawDepot.com®

Timothy B Glasper
2140 El Lago De
Oakley, CA 94561

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

ENDORSED
FILED
ALAMEDA COUNTY

AUG 15 2023

CLERK OF THE SUPERIOR COURT
By_____GINA FU_____
                              Deputy

Timothy B. Glasper

23CV037485

Plaintiff

-vs-

City of Oakland

Defendant

## AFFIDAVIT

I, Timothy B. Glasper, of Oakley, in Alameda, California, MAKE OATH AND SAY THAT:

1. Affidavit of Prior Service

This matter was previously personally served and delivered to City of Oakland, Human Resources Manager, Andrew Lathrop on July 7, 2023, at Skelly hearing of Timothy Glasper, and witnessed by Dwight Mcelroy, Gabe Macias, Hugo Velaquez's and Timothy Glasper and currently scheduled for court in November.

Page 1 of 2

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF ~~ALAMEDA~~ Contra Costa

Subscribed and sworn to (or affirmed) before me on this _10_ day of _August_, _2023_, by Timothy B. Glasper, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
_01-28-2027_

_(Signature)_

Timothy B. Glasper

ELBA TAMAYO DE VICTORIO
COMM. 2436241
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires Jan. 28, 2027

©2002-2023 LawDepot.com®

X05504

RECEIVED
OAKLAND CITY ATTORNEY

2023 AUG 15  PM 1:46

PERSONAL [X]   MAIL [ ]