United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY B. GLASPER,

        Plaintiff,

v.

CITY OF OAKLAND, et al.,

        Defendants.

Case No. 23-cv-04699-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 5

    Plaintiff is ORDERED TO SHOW CAUSE why Dkt. No. 5, Defendants' motion to dismiss, should not be granted for failure to file a response to the motion by the October 4, 2023, deadline, or a statement of non-opposition as required by Civil L.R. 7-3(b). Alternatively, Plaintiff is DIRECTED TO SHOW CAUSE why the case should not be dismissed for failure to prosecute. Plaintiff shall file a statement of two pages or less by November 9, 2023.

    **IT IS SO ORDERED.**

Dated: 10/12/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge