UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY B. GLASPER,

            Plaintiff,

    v.

CITY OF OAKLAND, et al.,

            Defendants.

Case No.  23-cv-04699-HSG

**JUDGMENT**

       Judgment is hereby entered consistent with the Court's Order Dismissing Case for Failure to Prosecute,

       This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

       Dated at Oakland, California, this 26th day of January, 2024.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.